IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Lee, Minnie

Printed: 12/13/07

Case Number: 04 B 17313
Judge: Squires, John H
Filed: 5/3/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: December 5, 2007
Confirmed: July 14, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 14,903.29 |  |
| Secured: |  | 7,493.86 |
| Unsecured: |  | 3,422.41 |
| Priority: |  | 1,242.57 |
| Administrative: |  | 1,994.00 |
| Trustee Fee: |  | 750.45 |
| Other Funds: |  | 0.00 |
| Totals: | 14,903.29 | 14,903.29 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Thomas W Drexler | Administrative | 1,994.00 | 1,994.00 |
| 2. | Mortgage Lenders Network USA | Secured | 0.00 | 0.00 |
| 3. | US Bank | Secured | 5,315.73 | 5,315.73 |
| 4. | Mortgage Lenders Network USA | Secured | 8,957.26 | 2,178.13 |
| 5. | Internal Revenue Service | Priority | 1,242.57 | 1,242.57 |
| 6. | US Bank | Unsecured | 1,330.56 | 1,330.56 |
| 7. | Internal Revenue Service | Unsecured | 961.21 | 961.21 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 41.00 | 41.00 |
| 9. | Resurgent Capital Services | Unsecured | 53.93 | 53.93 |
| 10. | Capital One | Unsecured | 102.26 | 102.26 |
| 11. | Capital One | Unsecured | 36.68 | 36.68 |
| 12. | Nicor Gas | Unsecured | 255.14 | 255.14 |
| 13. | Discover Financial Services | Unsecured | 386.19 | 386.19 |
| 14. | ECast Settlement Corp | Unsecured | 255.44 | 255.44 |
| 15. | Bank First | Unsecured |  | No Claim Filed |
| 16. | American General Finance | Unsecured |  | No Claim Filed |
| 17. | Associates National Bank | Unsecured |  | No Claim Filed |
| 18. | Beneficial | Unsecured |  | No Claim Filed |
| 19. | Sears Roebuck & Co | Unsecured |  | No Claim Filed |
| 20. | Carson Pirie Scott & Co | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 20,931.97 | $ 14,152.84 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 60.80 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Lee, Minnie

Printed: 12/13/07

Case Number: 04 B 17313
Judge: Squires, John H
Filed: 5/3/04

|      |        |
|------|--------|
| 6.5% | 193.79 |
| 3%   | 34.21  |
| 5.5% | 188.10 |
| 5%   | 57.00  |
| 4.8% | 109.15 |
| 5.4% | 107.40 |
|      | _____ |
|      | $ 750.45 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

